```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

**FILED**

NOV 15 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-2:07-CR-00532 LKK |
| Plaintiff, | ) | |
| v. | ) | VIOLATION: 18 U.S.C. §§ 1030(a)(5)(A)(i) and (B)(i) - Fraud and Related Activity in Connection with Computers |
| MICHAEL KEEHN, | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

MICHAEL KEEHN,

defendant herein, as follows:

### A. INTRODUCTION

At all times relevant to this indictment:

1. Michael Keehn was a former employee of the Tehama Colusa Canal Authority ("TCCA") and resided in Willows, California.

2. The TCCA operated two canals, the Tehama Colusa Canal and the Corning Canal (hereinafter "the canal system"), which were owned by the United States Bureau of Reclamation, an agency

1

1  of the United States Department of the Interior. The canal
2  system was designed to divert water from the Sacramento River to
3  provide, among other things, irrigation for agriculture in
4  Northern California.
5      3.  TCCA used a Supervisory Control and Data Acquisition
6  system to regulate the canal system.
7              B.  THE COMPUTER INTRUSION
8      4.  On or about August 15, 2007, in the State and Eastern
9  District of California, and elsewhere, defendant MICHAEL KEEHN
10 did knowingly cause the transmission of a program, information,
11 code, and command, and as a result of such conduct, intentionally
12 caused damage without authorization to a protected computer in
13 that the computer was used by TCCA to regulate the canal system
14 for the United States Bureau of Reclamation, an agency of the
15 United States Department of the Interior, which caused a loss to
16 one or more persons aggregating at least $5,000 in value during a
17 one-year period, all in violation of Title 18, United States
18 Code, Sections 1030(a)(5)(A)(i) and (B)(i).

                                    A TRUE BILL.

                                     /s/ Signature on file w/AUSA

                                    _____
                                    FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

*vs.*

MICHAEL KEEHN

---

## INDICTMENT

**VIOLATION:** 18 U.S.C. §§ 1030(a)(5)(A)(i) and 1030(a)(5)(B)(i) - Fraud and Related Activity in Connection with Computers

---

*A true bill,*

/S/

_____
Foreman.

---

*Filed in open court this* \_\_\_\_\_ 15th \_\_\_\_\_ *day*

*of* \_\_ November \_\_, A.D. 20 07 \_\_

_____
Clerk.

---

Bail, $ **WARRANT: NO BAIL PENDING HEARING**

_____

---

GPO 863 525

2:07 - CR 00532 LKK

**PENALTY SLIP**

**DEFENDANT:**   MICHAEL KEEHN

**VIOLATION:**   18 U.S.C. § 1030(a)(5)(A)(i) and 1030(a)(5)(B)(i) - Fraud and Related Activity in Connection with Computers

**PENALTY:**   Not more than 10 years imprisonment
Not more than $250,000 fine, or both
3 years TSR

Mandatory $100 Special Assessment

2:07- CR 00532 LKK