```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2790
5
6
7              IN THE UNITED STATES DISTRICT COURT
8             FOR THE EASTERN DISTRICT OF CALIFORNIA
9                                   )
10 UNITED STATES OF AMERICA,         )   CR. No. 2-07-CR-00532 LKK
                                     )
11                 Plaintiff,        )   PETITION TO SEAL
                                     )   INDICTMENT
12         v.                        )
                                     )
13 MICHAEL KEEHN,                    )
                                     )
14                 Defendant.        )
   _____   )
15
16     TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE
17 JUDGE:
18     COMES NOW, Robin R. Taylor, Assistant United States Attorney
19 for the Eastern District of California, to petition this Court
20 and respectfully represent:
21     1.  That I have presented to the Grand Jury now in session
22 in the City of Sacramento, California, one proposed indictment
23 charging the above-named defendant with violation of: 18 U.S.C.
24 §§ 1030(a)(5)(A)(i) and (B)(i) - Fraud and Related Activity in
25 Connection with Computers.
26     2.  That the aforesaid indictment has been returned by the
27 Grand Jury to your Honorable Court.
28     3.  The government seeks an order sealing the indictment in
```

1

this case.  Law enforcement indicates that for purposes of officer safety, they would prefer to arrest the defendant prior to him being notified of the charges.  Special Agent Cauthen advises that they lack complete information about the defendant, but know that he possesses firearms, has in the past stated that he acted out when he was under the influence of alcohol, and may resist entering the courthouse voluntarily.  Thus, the FBI would prefer that he not know about the pending charges until the arrest takes place.

     THEREFORE, your petitioner prays that the aforesaid indictment and this Petition be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant is arrested.

DATED: 11/15/07, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Robin Taylor
ROBIN R. TAYLOR
Assistant U.S. Attorney