```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   NO.  CR.S-07-0532 LKK
                                )
11              Plaintiff,      )
                                )   ORDER TO UNSEAL
12       v.                     )
                                )
13  MICHAEL KEEHN,              )
                                )
14              Defendant.      )
                                )
15  _____)
16
17       The government has moved the Court to unseal the case
18  involving Michael Keehn.  Therefore, the Court hereby orders that
19  the Petition of Assistant United States Attorney Robin R. Taylor
20  to seal Indictment, the Indictment, and Order in the above-
21  referenced case shall be unsealed.
22       IT IS SO ORDERED.
23  DATED: November 29, 2007.
24
25                              _____
                                DALE A. DROZD
26                              UNITED STATES MAGISTRATE JUDGE
27
28  Ddad1/orders.criminal/keehn0532.unseal
```