UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILED | |
| November 28, 2007 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA,  )
                                              )
       Plaintiff,             )    Case No. CR. S-07-0532 LKK
v.                                             )
                                             )    ORDER FOR RELEASE OF
                                             )    PERSON IN CUSTODY
MICHAEL KEEHN,              )
                                             )
       Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL KEEHN , Case No.  CR. S-07-0532 LKK , Charge  Title 18 USC § 1030 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

    X    (Other)   _With Pretrial Services Supervision of Conditions of Release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 28, 2007  at  2:50  pm.

By   _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge