```
1   McGREGOR W. SCOTT
    United States Attorney
2   ROBIN R. TAYLOR
    Assistant U.S. Attorney
3   501 "I" Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR S-07-532 LKK |
| Plaintiff,                   ) | |
| v.                           ) | STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| MICHAEL KEEHN,               ) | DATE: January 8, 2007 |
| Defendant.                   ) | TIME: 9:30 a.m. |
| _____) | CTRM: Honorable Lawrence K. Karlton |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Keehn, through his counsel of record, Joseph Wiseman Esq., hereby submit this stipulation and proposed order resetting the status conference held on December 5, 2007 to January 8, at 9:30 a.m.

Counsel further request that time be excluded from December 5, 2007, to January 8, 2007, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Mr. Wiseman represented that he needed time review

///

1

discovery, electronic evidence, and to confer with his client.  The defendant is is aware of the request for continuance and approves of it.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
United States Attorney

Dated: December 26, 2007    By:   /s/ Robin Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

DATED: December 26, 2007    By:   /s/ Joseph Wiseman
                                          JOSEPH WISEMAN
                                          Attorney for Defendant

                                                      **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: _____
                                                    _____
                                                    HONORABLE LAWRENCE K. KARLTON
                                                    UNITED STATES DISTRICT COURT JUDGE