```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>              Plaintiff,       )<br>                               )<br>        v.                     )<br>                               )<br>MICHAEL KEEHN,                 )<br>                               )<br>              Defendant.       )<br>_____) | CR S-07-532 LKK<br><br>STIPULATION AND ORDER RESETTING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: January 8, 2007<br>TIME: 9:30 a.m.<br>CTRM: Honorable Lawrence K. Karlton |

    The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Keehn, through his counsel of record, Joseph Wiseman Esq., hereby submit this stipulation and proposed order resetting the status conference held on December 5, 2007 to January 8, at 9:30 a.m.

    Counsel further request that time be excluded from December 5, 2007, to January 8, 2007, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. Wiseman represented that he needed time review

///

1

discovery, electronic evidence, and to confer with his client.  The defendant is is aware of the request for continuance and approves of it.

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: December 26, 2007     By:  /s/ Robin Taylor
                                            ROBIN R. TAYLOR
                                            Assistant U.S. Attorney
                                            Attorneys for Plaintiff

DATED: December 26, 2007     By:  /s/ Joseph Wiseman
                                            JOSEPH WISEMAN
                                            Attorney for Defendant

                                            **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: January 2, 2008

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT