McGREGOR W. SCOTT
United States Attorney
Robin R. Taylor
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,   )<br>  )<br>     v.                    )<br>  )<br>MICHAEL KEEHN,              )<br>  )<br>          Defendant.   )<br>_____) | CASE NO. CR S 07-532-LKK<br><br>STIPULATION AND ORDER<br><br>Date: March 11, 2008<br>Time: 9:30 a.m.<br>Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through ROBIN R. TAYLOR, Assistant United States Attorney, and defendant, MICHAEL KEEHN, by and through his counsel, JOSEPH WISEMAN, that a further status conference in this matter be set for March 11, 2008, at 9:30 a.m.

Counsel further request that time be excluded from February 20, 2008, to March 11, 2008, from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4 - to give counsel reasonable time to prepare). Mr. Wiseman represented to the Court that he needed additional time to review discovery,

/ / / /

/ / / /

1  electronic evidence and to confer with his client.  The defendant
2  is aware of the request for continuance and approves of it.
3                                    Respectfully Submitted,
4                                    McGREGOR W. SCOTT
                                     United States Attorney
5
6  DATE: February 22, 2008   By:   /s/ Robin R. Taylor
                                     ROBIN R. TAYLOR
7                                    Assistant U.S. Attorney
8
9  DATE: February 22, 2008   By:   /s/ Joseph Wiseman
                                     JOSEPH WISEMAN
10                                   Attorney for Defendant

14                          O R D E R

15      IT IS SO ORDERED.

17      DATED: February 22, 2008

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT