1    **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
2        **1477 Drew Avenue, Suite 106**
         **Davis, California 95618**
3        **Telephone:      530.759.0700**
         **Facsimile:       530.759.0800**
4    **Attorney for Defendant**
MICHAEL KEEHN
5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9                         SACRAMENTO DIVISION

10

11   UNITED STATES OF AMERICA,              )   Case No. CR S 07-532 LKK
                                            )
12                          Plaintiff,      )   STIPULATION AND ORDER TO
                                            )   CONTINUE STATUS CONFERENCE
13          vs.                             )
                                            )   DATE: March 11, 2008
14   MICHAEL KEEHN,                         )   TIME:  9:30 a.m.
                                            )   CTRM. Honorable Lawrence K. Karlton
15                          Defendant.      )
                                            )
16   _____)

17          It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

18   AMERICA, through its counsel of record, Robin R. Taylor, Assistant United States Attorney,

19   and defendant, MICHAEL KEEHN, through his counsel of record, Joseph J. Wiseman, that the

20   status conference scheduled for March 11, 2008, at 9:30 a.m., be rescheduled to April 8, 2008,

21   10:00 a.m.

22          The parties further stipulate and agree that an additional continuance is appropriate in

23   this case and request that the time beginning March 11, 2008 and extending through April 8,

24   2008, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of

25   justice will be served by the Court excluding such time, so that counsel for the Defendant may

26   have reasonable time necessary for effective preparation, taking into account the exercise of due

27   diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

28   / / / / /

---

Specifically, defense counsel needs additional time to investigate the complex issues of the case, which deal with computer technology and alleged unauthorized access to secured computer networks.  The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).


Dated: March 7, 2008                    Respectfully submitted,

                                        JOSEPH J. WISEMAN, P. C.


                                        By:    /s/ Joseph J. Wiseman
                                           JOSEPH J. WISEMAN
                                           Attorney for Defendant
                                           MICHAEL KEEHN


Dated: March 7, 2008                    McGREGOR W. SCOTT
                                        United States Attorney


                                        By:    /s/ Robin R. Taylor
                                           ROBIN R. TAYLOR, AUSA
                                           Attorney for Plaintiff
                                           UNITED STATES OF AMERICA



                                **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case is continued to April 8, 2008, at 9:30a.m.


Dated: March 3, 2008



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT