1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:   530.759.0700**
      **Facsimile:   530.759.0800**
4  **Attorney for Defendant**
   MICHAEL KEEHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-07-532 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | DATE: April 8, 2008 |
| MICHAEL KEEHN, ) | TIME:  9:30 a.m. |
| ) | CTRM. Honorable Lawrence K. Karlton |
| Defendant. ) | |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robin R. Taylor, Assistant United States Attorney, and defendant, MICHAEL KEEHN, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for April 8, at 9:30 a.m., be rescheduled to May 13, 2008, 9:30 a.m.

    The parties further stipulate and agree that an additional continuance is appropriate in this case and request that the time beginning April 8, 2008 and extending through May 13, 2008, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

/ / / / /

---

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE      CR S 07-532 LKK

Specifically, due to the illness and passing of a family member, defense counsel has not been able to devote the time to prepare the case. Defense counsel needs additional time to determine possible defenses and further investigate the complex issues of the case, which deal with computer technology and alleged unauthorized access to secured computer networks. The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: April 4, 2008                              Respectfully submitted,

                                                        JOSEPH J. WISEMAN, P. C.

                                                        By:     /s/ Joseph J. Wiseman
                                                             JOSEPH J. WISEMAN
                                                              Attorney for Defendant
                                                              MICHAEL KEEHN

Dated: April 4, 2008                              McGREGOR W. SCOTT
                                                        United States Attorney

                                                        By:     /s/ Robin R. Taylor
                                                              ROBIN R. TAYLOR, AUSA
                                                              Attorney for Plaintiff
                                                              UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case is continued to May 13, 2008, at 9:30 a.m.

Dated: April 7, 2008

                                                 LAWRENCE K. KARLTON
                                               SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT