1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) CR S-07-532 LKK
12              Plaintiff,      )
                                ) STIPULATION AND ORDER RESETTING
13         v.                   ) STATUS CONFERENCE AND EXCLUDING
                                ) TIME UNDER THE SPEEDY TRIAL ACT
14 MICHAEL KEEHN,               )
                                ) DATE: June 24, 2008
15              Defendant.      ) TIME: 9:30 a.m.
   _____) CTRM: Honorable Lawrence K. Karlton
16

17      The United States of America, through counsel of record,

18 Assistant United States Attorney Robin R. Taylor, and defendant

19 Michael Keehn, through his counsel of record, Joseph Wiseman Esq.,

20 hereby submit this stipulation and proposed order regarding the

21 status conference held on May 13, 2008:

22      Pursuant to Court order the case shall be continued to June 24,

23 2008.  Time is excluded from May 13, 2008 to June 24, 2008, from

24 computation of time within which the trial of this case must be

25 commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 -

26 to give counsel reasonable time to prepare).  Mr. Wiseman

27 represented he needs time review discovery, conduct computer

28 ///

                                   1

forensic analysis, and to discuss case resolution.  The defendant is is aware of the request for continuance and approves of it.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: May 14, 2008        By:   /s/
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

DATED: May 14, 2008        By:   /s/
                                    JOSEPH WISEMAN
                                    Attorney for Defendant

                                           **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: May 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT