Michael Keehn
309 South Sacramento Street
Willows, CA 95988
Proceeding Pro per



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: S-2:07-CR00532 LKK |
| ) | |
| Plaintiff, ) | **NOTICE OF FIRING OF COUNSEL** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL KEEHN, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FIRING OF COUNSEL

1. Dear Joseph Wiseman, Esq., with all due respect, I am relieving you of counsel for Defendant. You are fired.

2. Your Honor, may it please the court, with all due respect, Counsel for Defendant is fired. Said firing is not open for review or negotiation.

3. This Court accepted appointment of counsel, Joseph Wiseman, Esq., for Defendant.

4. Defendant has a constitutional right to counsel.

5. Defendant and counsel no longer concur on case premise or approach to addressing issues. Appointed Counsel refuses to take direction from defendant and file appropriate documentation.

6. Defendant Motions this court for Continuance to obtain competent counsel.

7. Defendant seeks first continuance period of 90 days unless competent counsel obtained sooner. If after 90 days then Defendant will report back to court with status of search.

8. In the mean time, while counsel is being sought, Defendant will proceed Pro Per.

*Michael Herbert Keehn*
Michael Keehn

1 | **CERTIFICATE OF SERVICE BY VERIFIED COURIER**

2 | COPY of the forgoing delivered via U.S.Mail
3 | this 6th day of NOVEMBER, 2008, to:

4 | Assistant U.S. Attorney Robin Taylor
  | Care of United States Attorney's Office
5 | 501 I Street, Suite 10-100
  | Sacramento, CA 95814

6

7 | *Marilyn F Baker*
  | Person performing Service:

8 | Name: MARILYN F BAKER

9 | Address: 116 N SACRAMENTO ST

10 | City, State: Willows, CA 95988

# Michael Herbert Keehn

309 South Sacramento Street, Willows, California   (530) 934.3029   Cell (530) 517.0005

Date:   October 28, 2008

TO:   Joseph J. Wiseman, Attorney at law   *COPY*

RE:   Copyright of intellectual property (automated canal control software) belonging to Michael Herbert Keehn

Dear Mr. Wiseman

Given that you have 26 years experience as an attorney, it is probably not unreasonable to say this basic step in securing my claim to the intellectual probably should have been taken back in January and most certainly no later than March. In July you stated that you were going to file this copyright and follow that with a *cease & desist order* upon the Tehama Colusa Canal Authority. Yet, at the beginning of October this stated intent had not been undertaken. As such I have filed the copyright myself.

I had intended to inform you of this in our last phone conversation. However, you cut me off in the middle of a sentence and with that, made it abundantly clear that you did not wish to hear anything I might have to say.

Since the copyright has already been filed I am returning your packet of papers as received.

Sincerely,


Michael Herbert Keehn