```
 1  Michael Keehn                              FILED
    309 South Sacramento Street
 2  Willows, CA 95988
    Proceeding Pro per                         NOV 13 2008
 3
                                           CLERK, U.S. DISTRICT COURT
 4                                         EASTERN DISTRICT OF CALIFORNIA
                                           BY _____
 5                                                  DEPUTY CLERK

 6              UNITED STATES DISTRICT COURT

 7              EASTERN DISTRICT OF CALIFORNIA

 8  UNITED STATES OF AMERICA    ) Case No.: S-2:07-CR00532 LKK
                                )
 9         Plaintiff,           )    AFFIDAVIT AND CLAIM OF
                                )    OWNERSHIP OF "PGCC"
10      v.                      )
                                )
11  MICHAEL KEEHN,              )
                                )
12         Defendant.           )
```



COMES NOW Defendant Michael Keehn who asserts ownership to the digital control system and associated software known as "Pretty Good Canal Control" (PGCC). This Control System is currently in experimental and partial operation on the Tehama Colusa Canal and a previous version is in experimental service on the Corning Canal. Attached to this brief is an Affidavit in support [Exhibit A] and a Copyright application [Exhibit B].

Both exhibits are to be entered into the record in this case for use in all future proceedings.

*Michael Herbert Keehn*
Michael Keehn

1 | **CERTIFICATE OF SERVICE BY VERIFIED COURIER**

2 | COPY of the forgoing delivered via United States Mail
3 | this _12th_ day of _November_, 2008, to:

4 |

5 | Assistant U.S. Attorney Robin Taylor
Care of United States Attorney's Office
501 I Street, Suite 10-100
6 | Sacramento, CA 95814

7 | _Marilyn F Baker_
8 | Signature of person performing service:

9 | Printed Name: MARILYN F. BAKER
10 | Address: 116 N SACRAMENTO ST
11 | City, State: Willows, CA 95988

12
13
14
15
16
17
18
19
20
21
22
23
24
25

[AFFIDAVIT AND CLAIM OF OWNERSHIP] 2 of 2

Exhibit A

Case 2:07-cr-00532-LKK   Document 32   Filed 11/13/2008   Page 3 of 13

**Affidavit of ownership in *intellectual property* in Programmable Logic Controllers (canal control system research, development & test, process control computers) of the Tehama-Colusa Canal.**

Union state:
**California**        } solemnly subscribed and affirmed

county: **Glenn**

   The live Christian man, **Michael-Herbert** [Family: Keehn], Affiant herein, one of the Beneficiaries of the original Jurisdiction, in the California Republic (Anno Domini 1849), one of the several united States of America, the union of the fifty republic states, does declare under the penalties of the general Laws of these united States of America and the *de jure* union state of California for giving false testimony, that Affiant is competent to be a Witness and that the Material Facts contained herein are true, correct, materially complete, and are not intended to be misleading; in plain English, is the truth, the whole truth, and nothing but the truth, so help me God Almighty, to the best of Affiant's personal first hand knowledge.

I hereby lay claim to the software under development, and located in the *Digital System Controllers* (canal control system research, development & testing process control units) which has been copyrighted in my name as the sole author and developer of this control system software.

This development began in approximately 1993 as a *S*upervisory *C*ontrol *A*nd *D*ata *A*cquisition (SCADA) system. In considering this undertaking, I was not certain I could successfully complete such a project as a sole individual. As such, I purchased, from personal funds, a second computer, *analog* data acquisition board and interface, *digital* data acquisition board and interface, a couple of two-way FM radios, a couple 4-wire lease line modems, an 8-foot auditorium table and other miscellaneous hardware necessary for testing. Page 5 of the *Operations and Maintenance Manual* on this system sets the value at a little over $3,000.

In personal hours over a period of several weeks, I undertook experimentation and testing to determine my abilities with the *data acquisition boards, computer programming*, and *data communications via two-way radios utilizing 4-wire lease line modems* (UDS 202T). At the end of my experimentation, and with some reservations, I volunteered to undertake the attempted development of an *experimental SCADA control system*, but with no guarantee's of success.

I began construction (building) the stations in 1993 and the last station was constructed in 1996. During the entire construction process and continuing afterward, has been refinement of the program and an ongoing debugging of the same. By 2004 there were 45 versions of the *main field control program*, and many more of the *main master control program, field configuration program*, and *master configuration program*.

The last station for the Tehama-Colusa Canal was built and placed in service in 1996. This same year I voluntary undertook a re-design of the electrical control systems of the *Corning Pumping Plant*. A facility with 3-450 horsepower pumps and 3-900 horsepower pumps, all running at

2,400 volts. However, even though so engaged, I still refined and debugged the *experimental canal control program* for the Tehama-Colusa Canal.

In the year 2000, then General Manager Art Bullock asked if I would undertake *__full automated control development of the Tehama-Colusa Canal__*. In this, Manager Bullock was asking for a program that would make *unattended* adjustments to the gates of the Tehama-Colusa Canal. Under *supervisory control*, the canal operators set the gates at each canal station from a *master computer*.

This undertaking required careful consideration given the very complex operations of the Tehama-Colusa Canal. In researching the web back in 2000 I could find canal's of 5 miles, 8 miles, 15 miles, and even one 22 miles in length, that had been fully automated. But the maximum flow in any of these canal's was less than 300 cfs (cubic feet per second). I had wrote the full automation program for the Corning Canal, also under operation and maintenance control of the Tehama-Colusa Canal Authority and owned by the Bureau of Reclamation. This canal had a maximum capacity of 450 cfs and was only 15 miles in length. Whereas the Tehama-Colusa Canal was 110 miles long and had a capacity of over 2,000 cfs (2,400 cfs I believe), with no terminating reservoir. The canal just dead ends.

To complicate matters further, the *dam gates*, which divert water into the canal system from the Sacramento River, are only down 4 months annually. This requires that when the dam gates are *up*, water be pumped into the canal from the Sacramento Rivers and *back flowed* into the canal from *Stony Creek*. In a control sense, this means that both *up stream* and *down stream automated control* had to be engineered into the same control system and utilized in a manner in which the two types of control did not interfere with the other, resulting in an unbelievably complex undertaking.

I had grave concerns about my ability to be successful in such an undertaking. But in discussion with Manager Bullock, we reached an agreement in which he realized that I may not be able to provide the full automated control being sought and would not take any punitive action against me if the project was not a success or if there were any failures or problems with the system. And in trust of his word and the *honor of the Tehama-Colusa Canal Authority*, I volunteered to attempt the development of an *__experimental fully automated canal control system with alarming__*.

Without specific direction, I conceived a *control system* based in the SCADA system I had already designed. This allowed me to use *program code* already developed. Engineering begin with development of an *alarm control system* to attach to the *master computer*. With this developed and operational, I could begin the process of *__full automated canal control programming__*.

This program development, which begin in 2000, was fairly stable in 2003. In this development I encountered considerable resistance from within. There were those who evidently were threatened by this development and acted in ways that hindered the development process. Ultimately, with the support of management (not supervision), I was able to bring the system to a level of fair stability, but betterment, refinement and debugging continued.

In this development the Tehama-Colusa Canal Authority has not provided any training for any skill used in the development of the canal control system. This includes, but is not limited to, electrical engineering, two-way radio data communications, development of communications protocol, digital/analog circuitry design and circuit board design/construction, nor programming in any language.

Program code development was undertaken at home on personal hours, and then transported to the Tehama-Colusa Canal Authority to install and debug.

In this undertaking my involvement was purely voluntary. As a maintenance technician, engineering and development of any control system was not a part of my job classification, nor could I be compelled to undertake such a development in this job classification. In reality it was necessary for me to volunteer to *attempt the development* of any control system, not knowing at the outset if I, as a sole individual, could accomplish such a monumental development.

It is further a fact that becoming self-taught in electrical engineering, two-way radio data communications, development of a secure and reliable communications protocol, digital/analog circuitry design and circuit board design/construction, and programming, and the other necessary skills in control system conception/design/construction/documentation, has taken thousands of personal hours to accomplish.

The Tehama-Colusa Canal Authority has not entered into a commercial agreement with me for the development of the *Tehama-Colusa Canal control system*, nor any other system. Nor has the Canal Authority provided one document related to needed features, outcome performance, or system abilities of the *Tehama-Colusa Canal control system*. I have never received a classification change or upgrade because of my development of a control system for the Tehama-Colusa Canal Authority. It is a fact that during the years from 1990 to 1999, I had written the control program for the Corning Canal, developed full SCADA control for the Tehama-Colusa Canal, and re-designed/re-engineered the electrical control systems of the Corning Pumping Plant, and not one of these undertakings or accomplishments appeared in any *employee annual evaluation report*. I have remained a maintenance technician during all such development. Consequently, this undertaking on my part has been purely voluntary.

The canal control system, which I have named "Pretty Good Canal Control", is an *experimental control system under development* and has never been commissioned operational by myself as the designer. As such, it remains an *experimental control system under development*.

It is a fact that in 2005 (time approximate), Cal Poly, San Luis Obispo, provided the Tehama-Colusa Canal Authority with a proposal to provide a *full automated canal control system* for the Tehama-Colusa Canal. That proposal came in at approximately $979,000 whereas the control system I designed cost about $110,000. A savings of $869,000 in this one project alone. Add to this the development of a *fully automated canal control program* for the Corning Canal, the development of SCADA control for the Tehama-Colusa Canal, and the *control system upgrade* for the Corning Pumping plant, and the Tehama-Colusa Canal Authority has received an estimated savings of over $1,300,000.

**Actual Notice and Caveat Actor:** This Affidavit is intended to clearly spell out and delineate claim of ownership by Michael Herbert: Keehn, of the canal system controlling software, known as *Pretty Good Canal Control* and/or *T.C. Automation*, and located in *Digital System Controllers* (industrial control units) on the Tehama-Colusa Canal.

union state: **California**

county: **Glenn**

} solemnly subscribed and affirmed

Signature: Per Title 28 Sec. 1746-1,

*Michael Herbert: Keehn*
Michael Herbert: Keehn

    Before me, _____, a Notary Public for the STATE OF CALIFORNIA, appears the live Christian Man, Michael-Herbert [Family: Keehn], personally known to me, and does solemnly attest and affirm the truth of the statements made in the foregoing Affidavit, and then I did witness him affix his subscription to the same on this _____ day of October, Anno Domini 2008.

Witness: my hand and notary stamp.                      {notary stamp}

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Notary Public for STATE OF CALIFORNIA
My commission expires: _____, A. D. 20_____

State of California

County of _Glenn_

Subscribed and sworn to (or affirmed) before me on this _10th_ day of _October_, _2008_, by _Michael Herbert Keehn_ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


Signature _Melissa Gastwell_

Name    _Melissa Gastwell_
        (typed or printed)

(Area reserved for official notarial seal)

Exhibit B

**legalzoom.com**
Your Online Legal Source

October 27, 2008

Michael Keehn
309 South Sacramento Street
Willows, CA 95988

*Order # 4717385*

    Thank you for registering your Copyright through LegalZoom. I have included a **Duplicate Copy** of your application for your files.

    The enclosed FED EX Airbill is your proof that the US Copyright office received your materials. The office registers materials on the day it is delivered to them. Therefore, unless the Copyright Office determines that there is a problem with your application, "Pretty Good Canal Control (PGCC)" was registered at the US Library of Congress, Copyright Division on the receipt date indicated on your FED EX Airbill.

    **Currently, it is taking the US Copyright Office up to six months to send out proof of Copyright Registration, which includes the registration number given to your materials. The Copyright Office will send the certificate directly to you.**

    Thank you again for choosing LegalZoom. We look forward to serving your legal document needs in the future. If you should have any questions concerning your document, please contact us at customersupport@legalzoom.com.

                                           Sincerely,

                                           *The LegalZoom Team*

1

7083 Hollywood Blvd., Suite 180, Los Angeles, CA 90028  t (800) 773-0888  f (323) 962-8300  www.legalzoom.com

FEE CHANGES

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

_____
TX        TXU
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
**Pretty Good Canal Control (PGCC)**

PREVIOUS OR ALTERNATIVE TITLES ▼
TC Automation

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
**Michael Herbert Keehn**

DATES OF BIRTH AND DEATH
Year Born ▼  **1946**   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **united States of America**
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
entire computer program and manual

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   **2004** ◀ Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 22   Year ▶ 2004
united States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Michael Herbert Keehn
309 South Sacramento Street
Willows, California 95988

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
_____
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
_____
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
              • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ _____  Year of Registration ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                         Account Number ▼
LegalZoom.com

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Michael Keehn       [4717385]
309 South Sacramento Street
Willows, CA 95988

**b**

Area code and daytime telephone number ▶ 530-934-3029       Fax number ▶
Email ▶ mhkeehn@gmail.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Michael Herbert Keehn
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Casey Feigh                                                   Date ▶ 10-17-08

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Michael Herbert Keehn | • Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼<br>309 South Sacramento Street | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br>MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | As of July 1, 1999, the filing fee for Form TX is $30. |
| | City/State/ZIP ▼<br>Willows, California 95988 | | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000    ⊕ PRINTED ON RECYCLED PAPER                ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

Track Shipments/FedEx Kinko's Orders
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 938539961796 | Reference | CLARE GMUR |
| Signed for by | R.WILLIAMS | Department number | I.P. |
| Ship date | Oct 22, 2008 | Destination | U S GOVERNMENT OFFICES, DC |
| Delivery date | Oct 24, 2008 10:14 AM | Delivered to | Shipping/Receiving |
| | | Service type | Express Saver |
| | | Weight | 6.0 lbs. |

| Status | Delivered |
|---|---|
| Signature image available | Yes |

| Date/Time | | Activity | Location |
|---|---|---|---|
| Oct 24, 2008 | 10:14 AM | Delivered | U S GOVERNMENT OFFICES, DC |
| | 7:52 AM | On FedEx vehicle for delivery | WASHINGTON, DC |
| | 7:39 AM | At local FedEx facility | WASHINGTON, DC |
| Oct 23, 2008 | 6:22 PM | Departed FedEx location | INDIANAPOLIS, IN |
| | 12:59 PM | Arrived at FedEx location | INDIANAPOLIS, IN |
| Oct 22, 2008 | 8:00 PM | Left FedEx origin facility | HOLLYWOOD, CA |
| | 3:47 PM | Picked up | HOLLYWOOD, CA |
| | 2:57 PM | Package data transmitted to FedEx | |

Signature proof | E-mail results | Track more shipments/o

Subscribe to tracking updates (optional)

Your name: | Your e-mail address:

| E-mail address | Language | Exception updates |
|---|---|---|
| | English | |
| | English | |
| | English | |
| | English | |

Select format: ⦿ HTML ○ Text ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&temp...   10/27/2008