1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 ) CR S-07-532 LKK
12                Plaintiff,     )
                                 ) STIPULATION AND ORDER RESETTING
13           v.                  ) STATUS CONFERENCE AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14 MICHAEL KEEHN,                )
                                 ) DATE: January 21, 2009
15                Defendant.     ) TIME: 9:15 a.m.
   _____) CTRM: Honorable Lawrence K. Karlton

16

17      The United States of America, through counsel of record,

18 Assistant United States Attorney Robin R. Taylor, and defendant

19 Michael Keehn, through his counsel of record, Joseph Wiseman, hereby

20 submit this stipulation and proposed order continuing this matter

21 from November 17, 2008, to January 21, 2009.

22      Counsel further request that time be excluded from from

23 November 17, 2008, to January 21, 2009 from computation of time

24 within which the trial of this case must be commenced, pursuant 18

25 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel

26 reasonable time to prepare).  Mr. Wiseman represented that he needed

27 time review discovery, hire experts, and to confer with his client.

28 ///

                                       1

1 | The defendant is is aware of the request for continuance and
2 | approves of it.

3 |                                         Respectfully submitted,

4 |                                         LAWRENCE G. BROWN
                                            Acting United States Attorney
5 |

6 | Dated: January 21, 2009         By:    /s/ Robin Taylor
                                           ROBIN R. TAYLOR
7 |                                        Assistant U.S. Attorney
                                           Attorneys for Plaintiff
8 |

9 | DATED: January 21, 2009         By:    /s/ Joseph Wiseman
                                           JOSEPH WISEMAN
10 |                                       Attorney for Defendant

11 |

12 |

13 |                                **ORDER**

14 |     For good cause shown above,

15 |     **IT IS SO ORDERED.**

16 | DATED: January 26, 2009

17 |                                        _____
                                            LAWRENCE K. KARLTON
18 |                                        SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

2