LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-07-0532 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| MICHAEL KEEHN, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Wednesday, January 21, 2009, in case number S-07-0532 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for January 21, 2009, at 9:15 a.m., be continued to March 3, 2009, at 9:15 a.m., and that the time beginning January 21, 2009, and extending through March 3, 2009, was excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure defense counsel's effective preparation upon receipt of this material, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

1    ACCORDINGLY, it is hereby ordered that the status conference
2 set for January 21, 2009, at 9:15 a.m., be continued to March 3,
3 2009, at 9:15 a.m., and that the time beginning January 21, 2009,
4 and extending through March 3, 2009, be excluded from the
5 calculation of time under the Speedy Trial Act.  The Court finds
6 that the interests of justice served by granting this continuance
7 outweigh the best interests of the public and the defendant in a
8 speedy trial.  18 U.S.C. § 3161(h)(8)(A).
9    IT IS SO ORDERED.

Dated: January 26, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT