| | |
|---|---|
| 1 | **JOSEPH J. WISEMAN, ESQ., CSBN 107403** |
| | **JOSEPH J. WISEMAN, P.C.** |
| 2 |    **1477 Drew Avenue, Suite 106** |
| |    **Davis, California 95618** |
| 3 |    **Telephone:   530.759.0700** |
| |    **Facsimile:    530.759.0800** |

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
MICHAEL KEEHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 07-532 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| MICHAEL KEEHN, | DATE: May 12, 2009 |
| | TIME: 9:15 a.m. |
| Defendant. | CTRM. Honorable Lawrence K. Karlton |

     It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robin R. Taylor, Assistant United States Attorney, and defendant, MICHAEL KEEHN, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for May 12, 2009, at 9:15 a.m., be rescheduled to June, 16, 2009, 9:15 a.m.

     The parties further stipulate and agree that an additional continuance is appropriate in this case and request that the time beginning May 12, 2009, and extending through June 16, 2009, be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

/ / / / /

---

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE           CR S 07-532 LKK

Specifically, defendant's counsel needs additional time to confer with the defendant's forensic computer expert. The expert has not completed his review and analysis of the hard drive embedded in the computer defendant is alleged to have illegally accessed. The expert's review and analysis of the hard drive is critical to providing defendant with an adequate defense to the charges.

The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: May 11, 2009

                                              Respectfully submitted,

                                              JOSEPH J. WISEMAN, P. C.

                                              By:    /s/ Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN
                                                      Attorney for Defendant
                                                      MICHAEL KEEHN

Dated: May 11, 2009                           LAWRENCE G. BROWN
                                                     United States Attorney

                                              By:    /s/ Robin R. Taylor
                                                     ROBIN R. TAYLOR, AUSA
                                                     Attorney for Plaintiff
                                                     UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to June 16, at 9:15 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to June 16, 2009 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: May 11, 2009

                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT