LAWRENCE G. BROWN
Acting United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2801

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S 07-532-LKK |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION FOR |
| | ) | DEPOSITION OF WITNESS JOHN |
| v. | ) | HARPER |
| | ) | |
| MICHAEL KEEHN, | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION

Plaintiff United States of America, by and through its counsel, Robin R. Taylor, Assistant United States Attorney, and defendant Michael Keehn, by and through his counsel, Joseph Wiseman, Esq., hereby stipulate as follows:

1. Government witness John Harper has been diagnosed with lung and brain cancer would make it very difficult for him to travel to Sacramento to testify as a trial witness.

2. The parties agree that there are exceptional circumstances and it would be in the best interest of justice that the witness be deposed in order to preserve his testimony for use

///

1

at trial in lieu of his live testimony pursuant to Fed.R.Crim.P. 15(a)(1) and (f).

    3.  The parties also specifically agree that it is appropriate to take the deposition of the witness and use the deposition at trial in lieu of his live testimony pursuant to Fed.R.Crim.P. 15 (f) and (h).

Dated: June 16, 2009
                                            By: /s/ Robin Taylor
                                                  ROBIN R. TAYLOR
                                                  Assistant U.S. Attorney

Dated: June 16, 2009
                                            By: /s/ Joseph Wiseman
                                                  JOSEPH WISEMAN, ESQ.

                                  ORDER

IT IS SO ORDERED.

Dated: June 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT