1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      ) | CR S-07-532 LKK |
|              Plaintiff,              )<br>                                      ) | STIPULATION AND ORDER RESETTING |
|        v.                            ) | STATUS CONFERENCE AND EXCLUDING |
|                                      ) | TIME UNDER THE SPEEDY TRIAL ACT |
| MICHAEL KEEHN,                       )<br>                                      ) | DATE: July 7, 2009 |
|              Defendant.              ) | TIME: 9:15 a.m. |
| _____) | CTRM: Honorable Lawrence K. Karlton |

   The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Keehn, through his counsel of record, Joseph Wiseman, hereby submit this stipulation and proposed order continuing this matter from June 16, 2009 to July 7, 2009.

   Counsel further request that time be excluded from June 16, 2009 to July 7, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(7)(B)(ii)  (Local code T2 - Case Complexity and Local Code T4 - to give counsel reasonable time to prepare).  The Court has deemed this computer intrusion case complex.  In addition, Mr. Wiseman represented that he needed time

1

review discovery, hire experts, and to confer with his client. The defendant is aware of the request for continuance and approves of it.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: June 16, 2009       By:  /s/ Robin Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

DATED: June 16, 2009       By:  /s/ Joseph Wiseman
                                        JOSEPH WISEMAN
                                        Attorney for Defendant

                                        **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: June 22, 2009

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT