1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95618**
   **Telephone:     530.759.0700**
4  **Facsimile:      530.759.0800**

5  **Attorney for Defendant**
   MICHAEL KEEHN

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9                          SACRAMENTO DIVISION

10

11 UNITED STATES OF AMERICA,          )  Case No. CR S 07-532 LKK
                                      )
12                      Plaintiff,    )  STIPULATION AND ORDER TO
                                      )  CONTINUE TRIAL CONFIRMATION
13          vs.                       )  HEARING
                                      )
14 MICHAEL KEEHN,                     )  DATE: August 18, 2009
                                      )  TIME:  9:15 a.m.
15                      Defendant.    )  CTRM. Honorable Lawrence K. Karlton
                                      )
16 ─────────────────────────────────

17        It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

18 AMERICA, through its counsel of record, Robin R. Taylor, Assistant United States Attorney,

19 and defendant, MICHAEL KEEHN, through his counsel of record, Joseph J. Wiseman, that the

20 Trial Confirmation Hearing scheduled for August 4, 2009, at 9:15 a.m., be rescheduled to

21 August, 18, 2009, 9:15 a.m.

22        The parties further stipulate and agree that an additional continuance is appropriate in

23 this case and request that the time going back to July 7, 2009 and extending through August 18,

24 2009,  be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends

25 of justice will be served by the Court excluding such time, so that counsel for the Defendant

26 may have reasonable time necessary for effective preparation, taking into account the exercise

27 of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

28 / / / / /

─────────────────────────────────────────────
STIPULATION AND ORDER TO CONTINUE TRIAL                    CR S 07-532 LKK
CONFIRMATION HEARING

1   Specifically, defendant's counsel is schedule to begin trial on August 3, 2009, in *People*

2   *v Burlew,* in Sacramento County Superior Court and is unavailable for the hearing as scheduled

3   on August 4, 2009.

4   The parties submit that the interests of justice served by granting this continuance outweigh

5   the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6   Dated: July 29, 2009

7                                       Respectfully submitted,

8                                       JOSEPH J. WISEMAN, P. C.

9

10                                      By: ___/s/ Joseph J. Wiseman
                                           JOSEPH J. WISEMAN
11                                         Attorney for Defendant
12                                         MICHAEL KEEHN

13

14  Dated: July 29, 2009                LAWRENCE G. BROWN
                                        United States Attorney
15

16                                      By: ___/s/ Robin R. Taylor
                                           ROBIN R. TAYLOR, AUSA
17                                         Attorney for Plaintiff
                                           UNITED STATES OF AMERICA
18

19                                      **ORDER**

20

21  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the trial

22  confirmation hearing in the above-captioned case be continued to August 18, 2009, at 9:15 a.m.

23  IT IS FURTHER ORDERED THAT the time from July 7, 2009 to August 18, 2009 be excluded

24  pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

    Dated: July 31, 2009

25

26

27  LAWRENCE K. KARLTON
    SENIOR JUDGE
28  UNITED STATES DISTRICT COURT

---

STIPULATION AND ORDER TO CONTINUE TRIAL                              CR S 07-532 LKK
CONFIRMATION HEARING