```
BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL KEEHN,<br><br>           Defendant.<br>_____ | ) CR S-07-532 LKK<br>)<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) TRIAL CONFIRMATION HEARING<br>)<br>) DATE: November 2, 2010<br>) TIME: 9:15 a.m.<br>) CTRM: Honorable Lawrence K. Karlton<br>) |

     It is hereby stipulated and agreed to by and between the plaintiff, The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Keehn, through his counsel of record, Joseph Wiseman as follows:

     Trial confirmation shall be October 13, 2010, at 9:15 a.m.; and

     Trial shall be set for November 2, 2010, at 10:30 a.m.

     Counsel further requests that time be excluded from June 1, 2010, to November 2, 2010, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(7)(B)(ii) (Local code T2 - Case Complexity and Local Code T4 - to give counsel reasonable time to

prepare).  Mr. Wiseman represented that he needs to hire a new expert witness to evaluate electronic evidence; prepare a report; confer with counsel; and to prepare for trial.

The defendant is aware of the request for continuance and approves of it.

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: June 2, 2010           By:   /s/ Robin Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


DATED: June 2, 2010           By:   /s/ Joseph Wiseman
                                        JOSEPH WISEMAN
                                        Attorney for Defendant
```

## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

DATED: June 10, 2010

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```