```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR S-07-532 LKK
12               Plaintiff,      )
                                 ) STIPULATION AND ORDER TO CONTINUE
13          v.                   ) TRIAL CONFIRMATION HEARING
                                 )
14  MICHAEL KEEHN,               ) DATE: November 30, 2010
                                 ) TIME: 9:15 a.m.
15               Defendant.      ) CTRM: Honorable Lawrence K. Karlton
    _____)
16
```

17      It is hereby stipulated and agreed to by and between the
18 plaintiff, The United States of America, through counsel of record,
19 Assistant United States Attorney Robin R. Taylor, and defendant
20 Michael Keehn, through his counsel of record, Joseph Wiseman as
21 follows:
22      Trial confirmation shall be November 2, 2010, at 9:15 a.m.; and
23      Trial shall be set for November 30, 2010, at 10:30 a.m.
24      Counsel further requests that time be excluded from September
25 22, 2010, to November 30, 2010, from computation of time within
26 which the trial of this case must be commenced, pursuant 18 U.S.C.
27 §§ 3161(h)(7)(B)(iv) and 3161(h)(7)(B)(ii) (Local code T2 - Case
28 Complexity and Local Code T4 - to give counsel reasonable time to

1  prepare).  The parties need time to evaluate their expert witnesses
2  and the government needs to evaluate the expert witness reports
3  which should be produced by the defendant in the near future.
4  Additionally, the parties will use the time to meet and confer and
5  to prepare for trial.
6       The defendant is aware of the request for continuance and
7  approves of it.

8                                       Respectfully submitted,

9                                       BENJAMIN B. WAGNER
                                        United States Attorney
10

11 Dated: September 22, 2010    By:    /s/ Robin Taylor
                                        ROBIN R. TAYLOR
12                                      Assistant U.S. Attorney
                                        Attorneys for Plaintiff
13

14 DATED: September 22, 2010    By:    /s/ Joseph Wiseman
                                        JOSEPH WISEMAN
15                                      Attorney for Defendant

16

17

18                                **ORDER**

19      For good cause shown above,

20      **IT IS SO ORDERED.**

21 DATED: September 28, 2010

22                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
23                                      UNITED STATES DISTRICT COURT