```
BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2754
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-07-532 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE TRIAL |
| | ) |
| MICHAEL KEEHN, | ) DATE: January 11, 2010 |
| | ) TIME: 9:15 a.m. |
| Defendant. | ) CTRM: Honorable Lawrence K. Karlton |

It is hereby stipulated and agreed to by and between the plaintiff, the United States of America, through counsel of record, Assistant United States Attorney Laurel Loomis Rimon, and defendant Michael Keehn, through his counsel of record, Joseph Wiseman as follows:

Trial shall be continued from November 30, 2010 to January 11, 2010 at 10:30 a.m.

Counsel for both parties further request that time be excluded for the period of September November 30, 2010 to January 11, 2011 from the computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(7)(B)(ii) (Local code T2 - Case Complexity and Local Code T4

- to give counsel reasonable time to prepare).  This case involves computer forensic analysis of a highly technical nature and the assistance of expert witnesses on both sides.  The parties need time to evaluate expert witness reports that have been recently produced by both sides, as well as additional reports that are expected to be forthcoming in the near future.

Additionally, one of the defendant's expert witnesses is not available to testify prior to December 14, 2010, which will cause the trial to extend into a time period during which government counsel is unavailable, and extend the trial length beyond what was anticipated by the parties.  Further, the parties will use the time to meet and confer and to prepare for trial.

The defendant is aware of the request for continuance and approves of it.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 16, 2010        By:   /s/ Laurel Loomis Rimon
                                      LAUREL LOOMIS RIMON
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff

DATED: November 16, 2010        By:   /s/ Joseph Wiseman
                                      JOSEPH WISEMAN
                                      Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: November 17, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2