BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-532 LKK |
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS INDICTMENT; ORDER** |
| v. | |
| MICHAEL KEEHN, | |
| Defendant. | |

**MOTION**

Plaintiff, the United States of America, by and through its undersigned attorneys, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment filed November 15, 2007 against defendant MICHAEL KEEHN, solely in the interests of justice.  Based upon new information that has come to light, the government believes, as a discretionary matter, that continued prosecution of defendant MICHAEL KEEHN for the charges in the indictment is no longer warranted.

1 | Dated: January 11, 2011                    Respectfully submitted,

2 |                                             BENJAMIN B. WAGNER
  |                                             United States Attorney
3
  |                                        By: /s/ Laurel Loomis Rimon
4 |                                             LAUREL LOOMIS RIMON
  |                                             MICHELE BECKWITH
5 |                                             Assistant U.S. Attorneys

6

7

8                                **O R D E R**

9       Based upon the motion of the United States, it is hereby
10 ordered that, pursuant to Federal Rule of Criminal Procedure
11 48(a), the indictment against defendant MICHAEL KEEHN filed
12 November 15, 2007 is dismissed.

13
        IT IS SO ORDERED.
14

15
Dated: January 11, 2011
16
                                        _____
17                                      LAWRENCE K. KARLTON
18                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2